IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN 17 AM 10: 03

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

---

**CYNTHIA BRADDOCK,**

    Plaintiff,

v.                                  No.  05-2245 – Ma/P

**BABCOCK & WILCOX
CONSTRUCTION CO., INC.,**

    Defendant.

---

### SCHEDULING ORDER

---

Pursuant to written notice, a scheduling conference was held on June 16, 2005. Present were Randall Fishman, counsel for plaintiff and Scott Frick, counsel for defendant. At the conference, the following dates were established as the final dates for:

**INITIAL DISCLOSURES PURSUANT TO Fed. R. Civ. P. 26(a)(1):** ................. June 30, 2005

**JOINING PARTIES:** ................................................................................ August 16, 2005

**AMENDING PLEADINGS:** ..................................................................... August 16, 2005

**INITIAL MOTIONS TO DISMISS:** ..................................................... September 16, 2005

**COMPLETING ALL DISCOVERY:** ...................................................... February 16, 2006

    (a)    DOCUMENT PRODUCTION: ............................................... December 16, 2005

    (b)    DEPOSITIONS, INTERROGATORIES, AND
            REQUESTS FOR ADMISSIONS: ........................................... February 16, 2006

    (c)    EXPERT WITNESS DISCLOSURE (Rule 26):

            (1)    DISCLOSURE OF PLAINTIFF'S
                    RULE 26 EXPERT INFORMATION: ....................... December 16, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-17-05



(2)    DISCLOSURE OF DEFENDANT'S
       RULE 26 EXPERT INFORMATION: ......................... January 16, 2006.

(3)    EXPERT WITNESS DEPOSITIONS: ......................February 16, 2006

**FILING DISPOSITIVE MOTIONS:** ............................................................... March 16, 2006

**OTHER RELEVANT MATTERS:**

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of sucyh motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for jury trial. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge. Trial is expected to last three (3) days. *jmp*

This case is appropriate for ADR. The parties are directed to engage in court-annexed attorney mediation or private mediation after the close of discovery.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59 and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

Date: June 16, 2005

APPROVED FOR ENTRY:

Randall J. Fishman   #7097
BALLIN, BALLIN & FISHMAN, P.C.
200 Jefferson Avenue, Suite 1250
Memphis, TN  38103
*Attorney for Plaintiff*

Scott A. Frick   #12972
STOKES BARTHOLOMEW
EVANS & PETREE, P.A.
1000 Ridgeway Loop Road, Suite 200
Memphis, TN  38120
Phone: (901) 525-6781   Fax (901) 521-0681

K:\sfrick\13388 Babcock & Wilcox\30001 Braddock\pld saf - Order, Scheduling.doc

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CV-02245 was distributed by fax, mail, or direct printing on June 17, 2005 to the parties listed.

---

Scott A. Frick
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Randall J. Fishman
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT